UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ESIQUIO,<br>　　　　Petitioner<br>　　v.<br>WARDEN,<br>　　　　Respondent. | Case No. CV 15-8875-SVW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: March 22, 2018

　　　　　　　　　　　　　　　　/s/ Stephen V. Wilson
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE